IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALEX GEORGE URGELOWICH,**

    Petitioner,

vs.                                    Case No.  4:11cv499-SPM/WCS

**KENNETH S. TUCKER,**[1]

    Respondent.
_____/

## REPORT AND RECOMMENDATION

Petitioner filed a pro se application for writ of habeas corpus pursuant to 28 U.S.C. § 2254 with supporting exhibits. Doc. 1. He submitted what appears to be a service copy of the petition (both are stamped on the first page as delivered to prison officials for mailing on September 26, 2011), which was filed by the clerk as an

---

[1] Petitioner named Edwin G. Buss as Respondent although the petition was signed after August 24, 2011, when Kenneth S. Tucker succeeded Buss as Secretary of the Florida Department of Corrections. In any event, Tucker is automatically substituted as Respondent. Fed.R.Civ.P. 25(d).

amended petition. Doc. 3. Petitioner filed a motion to proceed in forma pauperis, doc. 4, which should be granted for purposes of transfer only.

Petitioner is currently incarcerated at Wakulla Correctional Institution, and challenges the judgment of the Third Judicial Circuit Court in Suwannee County, Florida. Jurisdiction is appropriate in this district and the Middle District of Florida, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d).

The district of conviction would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Middle District of Florida. § 2241(d). *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9 (11th Cir. 2001) (noting that the practice in district courts in Georgia was to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that the motion to proceed in forma pauperis (doc. 4) be **GRANTED** solely for purposes of transfer, and that the case file and any service copies be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on October 17, 2011.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

Case No. 4:11cv499-SPM/WCS

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

Case No. 4:11cv499-SPM/WCS